Murray M. Sinclair (SBN 150389)
murray@murraysinclairlaw.com
MURRAY M. SINCLAIR & ASSOCIATES
1880 Century Park East, Suite 615
Los Angeles, CA 90067
Telephone: (310) 826-2700
Facsimile: (310) 826-2727

Attorneys for Plaintiff *Hanin Federal Credit Union*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANIN FEDERAL CREDIT UNION, a Federally chartered credit union,<br><br>Plaintiffs,<br><br>vs.<br><br>CUMIS INSURANCE SOCIETY, INC., an Iowa corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-08103-DSF-JC<br><br>**MODIFIED ORDER ON STIPULATION FOR PROTECTIVE ORDER RE: MATERIAL PRODUCED IN DISCOVERY**<br><br><br>Judge: Honorable Dale S. Fischer<br>Complaint filed: 10/03/17 |

**<u>ORDER</u>**

WHEREAS, Plaintiff Hanin Federal Credit Union and Defendant CUMIS Insurance Society, Inc., through their respective counsel of record, have entered into a Stipulation for Protective Order Regarding Material Produced in Discovery ("Stipulation for Protective Order"), and

WHEREAS, the Court, having reviewed the foregoing Stipulation for Protective Order, and good cause appearing therefor,

IT IS SO ORDERED with the following modification: The timing of the filing of any motion contemplated by Paragraph 9 – *i.e.*, a motion seeking a determination as to whether material was or was not properly designated – shall comport with any Scheduling Order issued by the assigned United States District Judge. Further, any such motion shall comport with Local Rules 37-1, *et seq*.

DATED: January 31, 2018 _____/s/_____
JACQUELINE CHOOLJIAN
U.S. MAGISTRATE JUDGE